UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES CURTIS ROWLEY,

                    Plaintiff,

          v.

MASON COUNTY SHERIFF'S
DEPARTMENT, et al.,

                    Defendants.

CASE NO. 3:25-CV-5030-RAJ-DWC

ORDER DENYING THIRD MOTION
TO EXTEND SHOW CAUSE
DEADLINE

This prisoner civil rights action has been referred to United States Magistrate Judge David W. Christel. Currently before the Court is Plaintiff James Curtis Rowley's Motion for Extension of Time to Respond to Show Cause Order. Dkt. 14; Dkt 9 (Show Cause Order). In his Motion, Plaintiff requests an additional 14-days to prepare and file his show cause response, so that he may use research materials he expects to receive in the mail from a legal aid foundation. Dkt. 14. Plaintiff states his request for an extension should be granted in light of his diligence and/or excusable neglect in obtaining materials that may be helpful in preparing his response. *Id.*

This is Plaintiff's third request for an extension of time to prepare and file his show cause response, and the Court has already granted two extensions totaling 105 days. Dkts. 11, 13. In

ORDER DENYING THIRD MOTION TO EXTEND
SHOW CAUSE DEADLINE - 1

granting the most recent extension, the Court advised Plaintiff that "no further extensions will be granted absent extraordinary circumstances." Dkt. 13 at 2. Plaintiff has not shown that extraordinary circumstances prevented him from filing a timely show cause response such that a third extension of time would be warranted.

Accordingly, Plaintiff's third Motion for an Extension (Dkt. 14) is denied. If Plaintiff intends to proceed in this action, he must respond to the Court's Show Cause Order (Dkt. 9) on or before July 10, 2025. Failure to do so will be considered a failure properly prosecute and will result in a recommendation this action be dismissed.

Dated this 2nd day of July, 2025.

David W. Christel
United States Magistrate Judge

ORDER DENYING THIRD MOTION TO EXTEND
SHOW CAUSE DEADLINE - 2