UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES CURTIS ROWLEY,

                    Plaintiff,

        v.

MASON COUNTY SHERIFF'S
DEPARTMENT, et al.,

                    Defendants.

CASE NO. 3:25-CV-5030-RAJ-DWC

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's motion to proceed *in forma pauperis* on appeal (Dkt. 31) is denied as moot.

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this16th day of June, 2026.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1